UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

OHAN KARAGOZIAN,

                Plaintiff,           10 CV 5482 (RMB)(FM)

  -against-                         **DECLARATION OF**
                                   **STEPHEN L. SHEINFELD, ESQ.**

COTY US LLC, a/k/a COTY INC.,

                Defendant.
------------------------------------------------------------ X

      STEPHEN L. SHEINFELD, an attorney duly admitted to the Courts of the State of New York, and the United States District Court for the Southern District of New York, hereby declares pursuant to 28 U.S.C. § 1746:

      1.     I am a partner in the firm of Winston & Strawn LLP, attorneys for defendant Coty Inc. ("defendant") in the above-captioned action (the "Action"). I am fully familiar with the facts set forth herein, and make this declaration in support of defendant's motion to dismiss the amended complaint in the Action under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

      2.     A true copy of the original complaint in the Action, filed July 19, 2010, is annexed at the tab marked "Complaint."

      3.     A true copy of the amended complaint in the Action, filed November 12, 2010, is annexed at the tab marked "Am. Complaint."

      4.     True copies of the following documents referenced in the amended complaint are annexed hereto, as follows:

            Exhibit A     Letter from Peter Marc Stern, Esq. to John Annunziata, dated July 30, 2008

            Exhibit B     Letter from Valerie Tourso to Peter Nicklin, dated December 29, 2008

2

| | |
|---|---|
| Exhibit C | Letter from Valerie Tourso to Ohan Karagozian, dated August 5, 2009 |
| Exhibit D | Letter from Philip Pisani to Ohan Karagozian, dated February 25, 2009 |
| Exhibit E | Notices of Settlement Conference before New York State Department of Labor, dated May 20, 2009 and May 21, 2009 |
| Exhibit F | Notice of Settlement Conference before New York State Department of Labor, dated December 16, 2009 |
| Exhibit G | Affidavit of Ohan Karagozian, dated July 8, 2009, with exhibits |
| Exhibit H | Stipulation among Coty Inc., Ohan Karagozian and New York State Department of Labor, dated July 19, 2010; and Authorization for Wage Resolution signed by Ohan Karagozian |
| Exhibit I | Letter from Jason S. Aschenbrand, Esq. to Julio Rodriguez, dated February 12, 2010, and copy of check to New York State Department of Labor for sixty thousand dollars ($60,000.00) (with attached card from Sue Chan-Leung at the New York State Department of Labor and Ms. Chan-Leung's signature acknowledging receipt of same) |

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on:   New York, New York
November 26, 2010

By: /s/ Stephen L. Sheinfeld
Stephen L. Sheinfeld