# EXHIBIT H

**NEW YORK STATE**  
**DEPARTMENT OF LABOR**



DIVISION OF LABOR STANDARDS

Case Number: LS01 2009002453  
Period Involved From: 10/21/02  
To: 10/17/08

## STIPULATION
### (MONETARY)

(the "Payment").

It is hereby agreed by and between the undersigned employer and the Department of Labor, Division of Labor Standards, that the above captioned Wage or Supplement Claim and/or Minimum Wage Underpayment for the period listed above is to be resolved in full for the sum indicated below ~~which shall include interest computed at _____ percent and a civil penalty~~. These monies shall be paid to Commissioner of Labor in the manner set forth below. The aforesaid amount is acknowledged to be for resolution purposes only and does not constitute an admission of violation by the employer. ✱

Failure to remit the full payment on or before the date(s) provided herein, shall render this agreement void and will result in the matter being remitted to the Commissioner of Labor for the issuance of an "Order to Comply" and the imposition of the maximum interest and penalty as provided by law.

**SCHEDULE OF PAYMENTS:**

| AGREED AMOUNT OF WAGES to be paid | INTEREST | PENALTY | TOTAL | DUE DATE |
|---|---|---|---|---|
| $27,108.30 – overtime | zero ($) | zero ($) | 27,108.30 | 30 days |
| $32,891.70 – wage supplements | zero ($) | zero ($) | 32,891.70 | 30 days |

✱ The Payment is in full and final satisfaction of all (i) claims of unpaid wages and wage supplements, including, without limitation, wages, overtime compensation, vacation, holiday, bereavement, sick pay or other leaves; and (ii) penalties, interest or damages of any kind whatsoever related to the claims herein. The Payment does not satisfy any claim for health and medical, dental or out-of-pocket health costs.

Name of Firm: Coty Inc.  
Address: 2 Park Avenue  
FEIN Number: _____  
Employer's Signature: Lori Rosario-Griffin  
Name and Title: Lori Rosario-Griffin, Corporate Counsel

New York State Department of Labor  
By: J. Rodriguez  
Date: 1/19/2011

Ohan Karagozian

SB-E

STATE OF NEW YORK  
DEPARTMENT OF LABOR

DIVISION OF LABOR STANDARDS



## AUTHORIZATION FOR WAGE RESOLUTION

| WAGE CLAIM CASE NO. |
| --- |
| LS01 2009002453 |

| WAGE SUPPLEMENT CLAIM CASE NO. |
| --- |
| |

| UNDERPAYMENT UNDER MINIMUM WAGE ORDER PART NO. |
| --- |
| 142 |

I, Ohan Karagozian  
residing at  62 Asylum Street, New Haven, CT 06519  
state that a New York State Department of Labor representative has fully explained to me the relevant details and findings in the investigation of my claim(s), identified by the above referenced claim identification number(s).

I do hereby direct the Commissioner of Labor to accept the sum of $ 60,000.00 (gross) in full resolution of my claim for wages or wage supplements due me from:

    Name of Firm   COTY

    Address   2 Park Avenue

                 New York, NY 10016

I understand that upon my receipt of the sum indicated above, all matters pertaining to payment of unpaid wages and/or supplements, within the period of this claim, are fully resolved. I further understand that upon my receipt of the sum indicated above, the New York State Department of Labor will take no further action on my behalf regarding this claim. THIS AGREEMENT PERTAINS TO MY STATE CLAIM. SEPERATELY EXCLUDED ARE ISSUES PERTAINING TO HEALTHCARE PAYMENTS AND PENSION BENEFITS.

_____  
Signature of Claimant

WITNESSED BY _____

Dated this _____ day of _____ ,20____

LS 673E